**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,   :

           :

   -against-      :      ORDER

           :

DARIN SPENCER,      :     26 Crim. 85 (GBD)

           :

     Defendant.   :

           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, United States District Judge:

   Defendant's letter motion for modification of release conditions, (ECF No. 9,) is DENIED.

Dated: May 21, 2026
   New York, New York

         SO ORDERED.

         *George B. Daniels*

         GEORGE B. DANIELS
         United States District Judge