**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 14, 2026

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The status conference currently scheduled for August 19, 2026, is hereby adjourned to September 15, 2026 at 10:00 a.m.

SO ORDERED:
George B. Daniels
George B. Daniels, U.S.D.J.
Dated: AUG 17 2026

**Re: *United States v. Darin Spener*, 26 Cr. 85 (GBD) – Request for Adjournment**

Dear Judge Daniels:

We write in advance of the Wednesday, August 19, 2026, status conference for Mr. Spencer's pending case before the Court. I have spoken with defense counsel, Marisa Cabrera, and we are jointly requesting an adjournment. The Government provided the defense with a *Pimentel* letter on August 12, 2026 and Ms. Cabrera would like additional time to review the letter with Mr. Spencer, and then for the parties to discuss a resolution in this matter. The Government provided all the discovery materials to Ms. Cabrera, and, after our discussions, we anticipate there will be a disposition in this matter, which will be aided by the Government's *Pimentel* letter.

We respectfully request an adjournment to Tuesday, September 15, 2026. The Government thanks the Court for its consideration.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________
Keith Savino
Assistant United States Attorney
(212) 637-1946

cc: Marisa Cabrera, Esq. (by ECF)