Case 1:26-cr-00085-GBD Document 20 Filed 09/14/26 Page 1 of 1

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2026

The conference currently scheduled for September 15, 2026, is hereby adjourned to October 13, 2026 at 10 a.m.

SO ORDERED:

George B. Daniels

George B. Daniels, U.S.D.J.

Dated: SEP 14 2026

**Via ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Darin Spencer, 1:26-cr-00085-GBD-1**

Dear Judge Daniels,

We respectfully write to request that the Court adjourn the upcoming court conference scheduled for tomorrow, September 15, 2026 as the defense requires additional time to review discovery. Additionally, the defense anticipates entering a plea at the next appearance. After conferring with the government, the parties are available on October 9, 2026 for a guilty plea.

We have also conferred with counsel for the government, who has advised that the government has no objection to this request.

Respectfully submitted,

*/s/ Marisa K. Cabrera*
Marisa K. Cabrera
Federal Defenders of New York

Cc: AUSA Keith Savino (via ECF)